UNITED STATES COURT OF INTERNATIONAL TRADE          FORM  1

| QUANTIFIED OPERATIONS LIMITED, |
| --- |
| Plaintiff, |
| v. |
| UNITED STATES, |
| Defendant. |

S U M M O N S

Court No. 24-00015

**TO:** The Attorney General and the Secretary of Homeland Security:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

/s/ Mario Toscano
Clerk of the Court

**PROTEST**

| Port(s) of Entry: | 2704; 2709 | Center (if known): | CEE010 |
| --- | --- | --- | --- |
| Protest Number: | 2704-2316-8827 | Date Protest Filed: | December 13, 2024 |
| Importer: | Quantified Operations Limited | Date Protest Denied: | January 17, 2024 (deemed denied) |
| Category of Merchandise: | 3D Pen Sets | | |

**ENTRIES INVOLVED IN ABOVE PROTEST**

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
| --- | --- | --- | --- | --- | --- |
| NDL-0000464-2 | 07/22/2022 | 06/16/2023 | | | |
| MR5-0178591-6 | 08/09/2023 | 07/07/2023 | | | |
| NDL-0000729-8 | 09/08/2022 | 08/11/2023 | | | |
| | | | | | |

ALENA A. ECKHARDT
NAKACHI ECKHARDT & JACOBSON, P.C.
50 CALIFORNIA ST SUITE 1500
SAN FRANCISCO, CA 94111
415-498--0070; alena@tradelawcounsel.com

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | | |
| Protest Claim: | | |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| 3D Pen Sets | 8477.80.0000 and 9903.88.01 | 3.1% 25% | 9503.00.0090 or 8516.79.0000 or 8467.29.0090 | free/free 2.7%/free free/7.5% |

| Other |
|---|
| State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: |
| Protest No. 2704-2316-8827 filed at Port 0417 has been deemed denied for the following reasons: pending litigation Consol. Case. 22-00178. Protest has been "deemed denied" on January 17, 2024, the close of the 30th day from the date of mailing (via certified mail) of the importer's request for accelerated disposition of the protest, per 19 C.F.R. 174.22. |

| The issue which was common to all such denied protests: |
|---|
| The importer claims that the subject merchandise should have been classified under either heading 9503, or 8516, or 8467, HTSUS, and that refunds and accrued interest are owed. |

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

Alena A. Eckhardt   Digitally signed by Alena A. Eckhardt
Date: 2024.01.22 14:19:00 -08'00'
_____
*Signature of Plaintiff's Attorney*

01.23.2024
_____
*Date*

## SCHEDULE OF PROTESTS

CEE010

_____
Center (if known)

| Protest Number | Date Protest Filed | Date Protest Denied | Entry Number | Date of Entry | Date of Liquidation | Port Code |
|---|---|---|---|---|---|---|
| 270423168827 | 12.13.23 | 01.17.24 | 0000464-2<br>0178591-6<br>0000729-8 | 07/22/2022<br>08/09/2023<br>09/08/2022 | 06/16/2023<br>07/07/2023<br>08/11/2023 | 2407<br>2409<br>2407 |

(As amended Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan. 1, 2007; Dec. 7, 2010, eff. Jan. 1, 2011; July 17, 2017, eff. July 17, 2017; Oct. 25, 2017, eff. Oct. 25, 2017; June 22, 2021, eff. July 26, 2021.)